AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ROBERT WADE MORSE,

    Plaintiff,          JUDGMENT IN A CIVIL CASE

V.

        CASE NUMBER: **3:11-cv-00158-RCJ-VPC**

GREGORY SMITH, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

   March 25, 2011                            **LANCE S. WILSON**
                                                      Clerk

                                             /s/ Katie Lynn Ogden
                                                Deputy Clerk